JOHN M. CASTNER, Appellant, *vs.* HENRY ECHARD, Respondent.

APPEAL FROM THE DISTRICT COURT OF STEELE COUNTY.

*By the Court*—EMMETT, C. J.—For the opinion in this case, see that filed in the case of *Castner vs. Gunther* heard and determined at this term—the two cases having been heard and determined together upon the same questions of law and substantially the same facts.   (*Ante, p.* 119.)

JOHN M. CASTNER, Appellant, *vs.* JAMES A. LOWRY, Resp't.

APPEAL FROM THE DISTRICT COURT OF STEELE COUNTY.

*By the Court*—EMMETT, C. J.—The material questions of law and fact are the same in this, as in the case of *John M. Castner vs. Jacob G. Gunther*, heard and decided at the present term.   And as the two were argued, submitted and considered together, the opinion filed in *Castner vs. Gunther* was intended to apply to this case also.   (*Ante, p.* 119.)